IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60384
Conference Calendar

_____

EDDIE WHITE,

Plaintiff-Appellant,

versus

INTERSTATE BRAKE PRODUCTS, INC.,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:96--CV-005-S-A
- - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Eddie White appeals from the district court's grant of summary judgment for Interstate Brake Products, Inc. We have reviewed the record and the briefs and find no reversible error in the reasoning set forth by the district court. White v. Interstate Brake Prods., Inc., No. 3:96-CV-005-S-A (N.D. Miss. June 2, 1997).

Further, we find that White's appeal is without arguable merit and thus frivolous. See Howard v. King, 707 F.2d 215,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  5th Cir. R. 42.2.

All outstanding motions are DENIED.

DISMISSED.